IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

---------------------------------------------------X
)
IN RE:  Letter of Request From  )  No. 07-FA-2
Republic of Latvia for  )
Assistance in the Criminal  )
Matter of Parex Bank  )
)
---------------------------------------------------X

## ORDER

Upon application of the United States, and upon review of the letter of request from the Republic of Latvia seeking evidence for use in a criminal investigation and/or judicial proceeding in Latvia and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by 28 U.S.C. § 1782 and this Court's inherent authority, that Wendy L. Johnson is appointed as a Commissioner of this Court and is hereby directed to execute the letter of request as follows:

1. take such steps as are necessary, including issuance of commissioner's subpoenas to be served on persons within the jurisdiction of this Court, to collect the evidence requested;

2. provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

3. adopt procedures to collect the evidence requested consistent with its use as evidence in a proceeding before a tribunal in Latvia, which procedures may be specified in the request or provided by the requesting court or authority or by a representative of Latvia;

4. seek such further orders of this Court as may be necessary to execute this request; and

5. certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to the requesting court or authority.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of the United States.

JIMM LARRY HENDREN
CHIEF U.S. DISTRICT JUDGE

Dated: January 18, 2007.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 19 2007

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK